# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2007

129282 & (54)

DANIEL JOHN WESCHE and
BEVERLY WESCHE,
      Plaintiffs-Appellants,

v

MECOSTA COUNTY ROAD COMMISSION,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129282
COA: 251641
Mecosta CC: 03-015556-NI

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the July 5, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address the issue whether MCL 691.1405's exception to governmental immunity permits the spouse of a person who sustains bodily injury as a result of the negligent operation of a motor vehicle owned by a governmental agency to recover damages for loss of consortium.

We further ORDER that this case be argued and submitted to the Court together with the case of *Kik v Sbraccia* (Docket No. 132849), at such future session of the Court as both cases are ready for submission.

The Attorney General, Michigan Defense Trial Counsel, Inc., and Michigan Trial Lawyers Association are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2007

p0516

Clerk